UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIA CORONADO,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　　Defendant. | Case No. SACV 18-1503 SVW(JC)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is AFFIRMED.

DATED: August 13, 2019

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　HONORABLE STEPHEN V. WILSON
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE